**FILED**

06/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0651

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0651

_____

PETER GRIGG,

      Plaintiff and Appellant,

  v.                                     O R D E R

ANDY COILE,

      Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Peter Grigg, to all counsel of record, and to the Honorable Mike Menahan, District Judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 29 2022